**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7578**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

RONALD EUGENE RICE,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., Senior
District Judge.  (7:90-cr-00310-GRA-9)

Submitted:  February 16, 2012      Decided:  February 23, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Eugene Rice, Appellant Pro Se.  David Calhoun Stephens,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Rice appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence based on Amendment 750 to the U.S. Sentencing Guidelines Manual ("USSG") (2010).[*] Because Amendment 750 did not have the effect of lowering Rice's applicable Guidelines range, we affirm the district court's orders. See USSG § 1B1.10(a)(2)(B). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although Rice designated only one order in his notice of appeal, we may consider the denial of both orders, as his intent is clear and the Government is not prejudiced by his omission. See Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005).

2